# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-3436
LT Case No. 2010-CF-625

———————————————

TREVORISSE THOMAS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Trevorisse Thomas, Daytona Beach, pro se.

Ashley Moody, Attorney General, and Daren Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

January 5, 2024

PER CURIAM.

   AFFIRMED.

KILBANE and MACIVER, JJ., concur.
LAMBERT, J., concurs, with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

LAMBERT, J., concurring with opinion.

Trevorisse Thomas appealed the postconviction court's summary denial of his Florida Rule of Criminal Procedure 3.800(a) motion to correct illegal sentence. Thomas's sole challenge in his motion was to the sentence imposed by the trial court for his conviction on count one of the amended information of burglary of an occupied dwelling.

It is unnecessary to detail Thomas's argument regarding his view of either the alleged illegality of his sentence or of the insufficiency of the lower court's analysis. Affirmance is appropriate here because the attachments to the court's instant denial order and, for that matter, to Thomas's subject motion, conclusively refute his claim. The amended information attached to the order and motion showed that Thomas was charged with committing the crime of burglary of an occupied dwelling, in violation of section 810.02(3)(a), Florida Statutes (2009), which is a second-degree felony.

Next, the copy of the verdict attached to the denial order and to Thomas's motion showed that the jury found Thomas guilty of burglary, as charged, and that it made a separate, special finding in its verdict that the structure in question was an occupied dwelling. Lastly, the copy of the judgment and sentence attached to the denial order showed that the trial court imposed a fifteen-year prison sentence on this count, which is an entirely lawful sentence for this second-degree felony.

3